# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Allstate Insurance Company as successor in interest to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company v. Sentry Insurance A Mutual Company | FILED: SEPTEMBER 3, 2008<br>08CV5033<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE BROWN<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Allstate Insurance Company as successor in interest to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company v. Sentry Insurance A Mutual Company

| | |
|---|---|
| **NAME** (Type or print)<br>Neal R. Novak | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Neal R. Novak | |
| **FIRM**<br>Novak Law Offices | |
| **STREET ADDRESS**<br>33 N. LaSalle St., Suite 1900 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>06181620 | **TELEPHONE NUMBER**<br>(312) 425-2500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |