U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Allstate Insurance Company as successor in interest to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company v. Sentry Insurance A Mutual Company

Case Number:

FILED: SEPTEMBER 3, 2008
08CV5033
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Allstate Insurance Company as successor in interest to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company v. Sentry Insurance A Mutual Company

| | |
|---|---|
| NAME (Type or print) Reid J. Rozen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Reid J. Rozen | |
| FIRM Novak Law Offices | |
| STREET ADDRESS 33 N. LaSalle St., Suite 1900 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06199084 | TELEPHONE NUMBER (312) 425-2500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |