HP FILED
SEPTEMBER 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, as successor in interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY formerly known as NORTHBROOK INSURANCE COMPANY, | ) | RECEIVED COPY SEPTEMBER 3 ,2008<br>08CV5033<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE BROWN<br>NF |
| Petitioner, | ) | Case No : |
| v | ) | |
| SENTRY INSURANCE A MUTUAL COMPANY, | ) | |
| Respondent. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Petitioner ALLSTATE INSURANCE COMPANY as successor in interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMANY f/k/a NORTHBROOK INSURANCE COMPANY, furnishes the following in compliance with Local Rule 3 2B of this Court:

(1) The full name of every party that the attorney represents in the case:

ALLSTATE INSURANCE COMPANY, as successor in interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY formerly known as NORTHBROOK INSURANCE COMPANY

(2) If such party or amicus is a corporation:

(a) its parent Corporation, if any:

Allstate Insurance Company (a non-governmental corporate party) is wholly owned by The Allstate Corporation.

(b) a list of any entities owning more than 5% of its stock:

See (2)(a).

(3) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Novak Law Offices

ALLSTATE INSURANCE COMPANY,
as successor in interest to NORTHBROOK
EXCESS AND SURPLUS INSURANCE
COMPANY formerly known as NORTHBROOK
INSURANCE COMPANY

By:       /s/ Neal R. Novak
          One of its Attorneys

**NOVAK LAW OFFICES**
Neal R. Novak, Esq. (#06181620)
Reid J. Rozen, Esq. (#6199084)
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
(312) 425-2500 Telephone
(312) 425-2525 Facsimile