# United States District Court for the Northern District of Illinois

Case Number: 08CV5033          Assigned/Issued By: DAJ

Judge Name: KENNELLY          Designated Magistrate Judge: BROWN

## FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: 350.00           Receipt #: 4624008201

Date Payment Rec'd: 09/04/08  Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          *(Victim, Against and $ Amount)*

[ ] Writ _____
    *(Type of Writ)*

 1  Original and  1  copies on  09/04/08  as to  DEF. _____
                                          *(Date)*

C:\wpwin80\docket\feeinfo.frm    03/14/05